

FILED

SEP 28 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

In the United States District Court
for the Western District of Texas
Waco Division

United States of America,
*Plaintiff*,

v.

_Andre Bailey_,
*Defendant*.

_____
Place of Confinement

36497-180
Prisoner ID Number

W:04-CR-219-(3) WSSM
Criminal Case Number

### Defendant's Motion and Questionnaire for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c) Based on the Retroactive Amendments to the Crack Cocaine Sentencing Guideline

## Instructions - Read Carefully

This form **IS NOT AN OFFICIAL COURT FORM**. It was prepared by Baylor Law Professor Mark Osler and the Federal Public Defender's Office for the Western District of Texas, and is based on a similar one prepared by the defender's office for the Northern District of Texas.

This form was prepared in response to the United States Sentencing Commission's amendments lowering the sentencing ranges applicable to crack cocaine offenses by two levels. *See* U.S.S.G. App. C, Amends. 706 and 715, made effective Nov. 1, 2007 and May 1, 2008. On December 11, 2007 and May 1, 2008, the Commission promulgated a policy statement making the reduction retroactive. *See* U.S.S.G. §1B1.10, p.s. Nothing in this form constitutes legal advice or a promise of representation in any case.

If you decide to use this form, it should be legibly handwritten or typewritten. All questions should be briefly answered in the proper space on the form. Additional information may also be presented to the court. To file this form as a motion, the original and two copies must be mailed to:

> Clerk of Court – Waco Division
> United States District Courthouse
> 800 Franklin Ave # 380
> Waco TX 76701

Page 1 of 5

## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   _800 Franklin Ave #380   Waco Division_

2. Date(s) of sentence and judgment of conviction:

   _In November 05 sometime before Thanksgiving_

3. Length of sentence: _29 years_

4. Are you currently in prison for this sentence?

   __✓__ Yes _____ No

5. If so, when is your projected date of release?

   _08-02-2030_

6. Are you currently on supervised release?   _____ Yes __✓__ No

7. Are you currently in prison because you violated your supervised release?

   _____ Yes __✓__ No

8. Is your case currently on appeal? _____ Yes __✓__ No

9. Offense(s) for which you were convicted (all counts):

   _Conspiracy and gun charge_

10. Did your offense of conviction involve cocaine base (crack cocaine)?

    __✓__ Yes _____ No _____ Don't know

Page 2 of 5

11. Did your offense of conviction involve crack cocaine plus other controlled substances (such as powder cocaine, methamphetamine, or marihuana)?

   _____Yes   \_\_√\_\_No   _____Don't know

12. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for cocaine base (crack cocaine)?

   _____Yes   _____No   \_\_√\_\_Don't know

13. Was your sentence based on an agreement with the Government for a specific sentence? (This is commonly known as a Rule 11(c)(1)(C) agreement.)

   _____Yes   _____No   \_\_√\_\_Don't know

14. Were you convicted of an offense that required a statutory mandatory minimum prison sentence be served?

   _____Yes   _____No   \_\_√\_\_Don't know

   14(a).   If your answer to question 14 is yes, was your sentence greater than the statutory mandatory minimum?

   _____Yes   _____No   _____Don't know

15. Were you held accountable under the United States Sentencing Guidelines for less than 250 milligrams of cocaine base (crack cocaine)?

   _____Yes   _____No   \_\_√\_\_Don't know

16. Were you held accountable under the United States Sentencing Guidelines for 4.5 kilograms or more of cocaine base (crack cocaine)?

   _____Yes   _____No   \_\_√\_\_Don't know

17. Were you held accountable under the United States Sentencing Guidelines for multiple types of controlled substances (for example, did it involve crack cocaine, plus powder cocaine, plus methamphetamine)?

   _____Yes   \_\_√\_\_No   _____Don't know

18. Were you represented by an attorney at your sentencing hearing and, if the answer is yes, what is their name and address?

   __✓__ Yes   _____ No

   Name and Address of attorney:   Scott K. Stevens

   Stevens & Steven 700 E. Main,

   Gatesville, Tx 76528

19. Do you have the funds to hire an attorney to represent you in this proceeding?

   __✓__ Yes   _____ No

   19(a). If the answer to question 19 is No, please complete the attached Application to Proceed Without Prepayment of Fees and Affidavit.

20. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

I Completed 8 Hours of Basic Confined Space Training

I also completed 3 ACE Film Classes

I completed 10 Alcoholics / Narcotics Anonymous meeting

I also passed my pre-ged test I'm just waiting for them to give me the real ged test so I can pass it an work on me getting a trade in CDL so I can drive trucks when I come home, And I completed 27 hours drug program.

Page 4 of 5

Wherefore, defendant prays that the Court grant defendant relief to which he or she may be entitled in this proceeding.

Respectfully submitted this 17 of Decmber, 2008.

Andre Bailey
Signature of Defendant

Andre Bailey
Printed Name

36497-180
BOP No.

Three Rivers
Federal Correctional Institution (if applicable)

P.O. Box 4200
Address

Three River, Tx 78071
City, State & Zip Code

GRACIE ROBERTS
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 12-17-2008

# Certificate of Completion



Awarded to:

BAILEY, ANDRE   36497-180

For successfully completing a class in
CHOICE AND CHANGE; 27HR.   DRUG EDUCATION

On this 29TH. day of AUGUST, 2006.

At the Federal Correctional Institution,
Psychology Department, Three Rivers, Texas.

Juan Ramos, DTS

Lynn Kaufman, Ph.D., Chief Psychologist

# Certificate of Completion

*Awarded to:*

BAILEY, ANDRE   37497-180

*For successfully completing a class in*

**Alcoholics / Narcotics Anonymous 10 Meeting**

at FCI Three Rivers and is hereby acknowledged with this certificate for his contribution and efforts towards his personal growth.

Given on this  22ND  day of  MARCH   2007 .





Lyn Kaufman, Chief Psychologist

# Certificate of Completion

awarded to:

## Andre Bailey

Completion of A.C.E. Class
Film Critique 2

On This 18th Day of Sept, 2007

*J. Lara*, A.C.E. Coordinator

# Certificate of Completion

awarded to:

**Andre Bailey**

Completion of A.C.E. Class
Film Critique 3

On This 13th Day of Oct., 2008

*J Lako, A.C.E. Coordinator*

Case 6:04-cr-00219-WSS   Document 120   Filed 09/28/09   Page 9 of 12

# Certificate of Completion

awarded to:

## Andre Bailey

Completion of A.C.E. Class
Film Critique 1

On This 13th Day of June, 2007

_____
*J. Aara, A.C.E. Coordinator*

# CERTIFICATE OF COMPLETION

**PRESENTED TO:**

*Andre Bailey*

Has Successfully Completed 8 Hours of Basic Confined Space Training

At FCI Three Rivers, Texas
On October 25, 2007

10-19-2007
Date

John Piskor, WWT Foreman

ANDRE BAILEY #36497-180
Federal Correctional Inst
P.O. Box 4200
THREE RIVERS, TX 78071

L-A

36497-180
WALTER SMITH JR
800 Franklin Ave380
Waco, TX - 76701
United States

